MR. ROMERO ZAPATEROU
   (FINLEY, J. -AKA-)
WILLIAM P. CLEMENTS UNIT-ECB-J-203
9601 SPUR 591
AMARILLO, TX 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 2 1 2015
Abel Acosta, Clerk

02.DEC.15

COURT OF CRIMINAL APPEALS
  P.O. BOX 12308
  AUSTIN, TX 78711


      DEAR CLERK:

      PLEASE FILE MY PAPERS FOR ME. WHEN YOU CORRESPONDE BACK WITH ME,
PLEASE USE MY LEGAL/BIRTH NAME ~ ROMERO ZAPATEROU #1354674. THANK YOU

                                              Romero
                                              Zapaterou

29AUG11

MR. JAICOURRIE FINLEY
#1354674/ECB-H-201
9601 SPUR 591
AMARILLO TX 79107

This document contains some
pages that are of poor quality
at the time of imaging.

MAJOR JASON HARDEGREE
ECB ADMIN.
9601 SPUR 591
AMARILLO, TX 79107

MAJ. HARDEGREE:

MY NAME IS JAICOURRIE FINLEY. SIR, ON YESTERDAY, SUNDAY 28AUG11, SECURITY STAFF REFUSED ME A "RAMADAN TRAY", OFFICER JACKSON AND ANOTHER OFFICER NAME UNKNOWN WERE WORKING THE POD. I HAD NOT EATEN ALL DAY AS I WAS FASTING IN OBSERVANCE OF RAMADAN. I DID NOT DO ANYTHING TO CAUSE OR PROVOKE THE STAFF TO REFUSE MY MEAL AND VIOLATE MY RELIGION. MY NAME IS ON THE RAMADAN LIST AND I HAVE A COPY OF THE MEMO FROM THE CHAPLAIN CONFIRMING THIS. I AM ATTACHING MY COPY. STAFF ARE PROVIDED A RAMADAN LIST, IN ADDITION TO A SIGN ON MY DOOR IDENTIFYING ME AS OBSERVING RAMADAN. I'M REQUESTING THAT YOU REVIEW THE VIDEO RECORDING TO SUPPORT MY STATEMENTS HEREIN. I AM TOLD BY THE OTHER PRISONERS OBSERVING RAMADAN ON THIS POD THAT TRAYS WERE BROUGHT AT ABOUT 2130HRS. I DID NOT RECEIVE MY TRAY! WHOEVER DID THIS DID IT DELIBERATELY, BECAUSE RAMADAN HAS BEEN GOING ON FOR 28 DAYS AND I HAVE BEEN OBSERVING, PLUS THE LIST FROM THE KITCHEN AND THE SIGN ON MY CELL DOOR INDICATES I AM OBSERVING RAMADAN. I AM REQUESTING THAT YOU TAKE ACTION AGAINST THE STAFF WHO DID THIS TO ME. I AM TOLD BY OFFICER WHEELER THAT OFFICER MCCLAIN SAYS HE REFUSED MY TRAY BECAUSE THE INMATE PASSING OUT TRAYS DIDN'T WANT TO FEED ME. I REPORTED THE REFUSAL OF MY TRAY TO DUTY SERGEANT WILLIAM WILLIAMSON, HE STATED HE WOULD INFORM LIEUTENANT CHRISTOPHER STOVER. LT. STOVER DID NOT TAKE ANY ACTION TO ENSURE I WAS FED AFTER FASTING ALL DAY. I DID NOT RECEIVE ANY FOOD ALL DAY. YOU CAN LOOK AT THE TAPE RECORDINGS AND SEE THAT OFFICER LEON EISEN AND OFFICER GUTIERREZ WERE WORKING THE POD YESTERDAY ALL DAY. I DID NOT RECEIVE A LUNCH OR DINNER TRAY. I WROTE TO YOU WEEKS BACK INFORMING YOU HOW THE STAFF WERE OPENING MY SLOT DURING THE DAYTIME AND PUTTING A TRAY ON MY SLOT TRYING TO SET ME UP AND EACH TIME I TOLD THEM TO TAKE AWAY. NOW THEY ARE REFUSING ME A TRAY. PLEASE DO SOMETHING ABOUT THIS IMMEDIATELY.

THANK YOU

JAICOURRIE FINLEY
29AUG11

29Aug11

Mr. Jaicourrie Finley
#1354674/ECB-H-201
9601 Spur 591
Amarillo, TX 79107

Warden Gregory David
Assistant Warden @ Clements Unit
9601 Spur 591
Amarillo, TX 79107

Warden David:

My name is Jaicourrie Finley. On yesterday, 28Aug11, the security staff refused me a "Ramadan tray". I am Muslim and I've been observing Ramadan. A list is sent to each pod which indicates those prisoners observing Ramadan. In addition, a sign is on my cell door indicating I am observing Ramadan. Yet security refused to bring a tray to me after sundown yesterday. As you know my cell is supposedly recorded 24 hours a day. You can review the recording and it will prove that staff did not give me my tray. With the security list showing I'm on Ramadan and with the notation on my cell in addition to the fact that I've been receiving Ramadan trays for 28 days now, that illustrates that what was done wasn't a mistake, it was deliberate. I reported the fact that I didn't receive a tray to William Williamson, duty sergeant who claimed he would report the matter to Christopher Stover, duty lieutenant. The lieutenant did not do anything about the refusal of my tray. I am told by officer Wheeler, that officer McClain is the one who refused my tray. My name is on the Ramadan list and officer McClain had no authorization to take my tray. I am requesting that you immediately do something about this. J.F.

Thank you,

Jaicourrie Finley
29Aug11

29AUG11

MR. JAICOURRIE FINLEY
#1354674/ECB-H-201
9601 SPUR 591
AMARILLO, TX 79107

MR. DAVE SCHLEWITZ - CHAPLAIN'S OFFICE
REHAB & REENTRY DIVISION
9601 SPUR 591
AMARILLO, TX 79107

MR. SCHLEWITZ:

MY NAME IS JAICOURRIE FINLEY, I AM WRITING BECAUSE ON 28AUG11, AFTER OBSERVING RAMADAN AND FASTING THROUGHOUT THE DAY, THE SO-CALLED MUSLIM SSI-"FLETCHER", THAT'S PASSING OUT RAMADAN TRAYS REFUSED TO FEED ME AND TOLD OFFICER MCCLAIN HE WASN'T GOING TO GIVE ME A TRAY, HE TOLD THIS OFFICER THAT HE "HEARD" I BROKE THE "FAST", MR. SCHLEWITZ, I HAVE NOT BROKEN MY FAST. ON 28AUG11, OFFICER LEON EISEN AND OFFICER GUITERREZ WERE WORKING THE POD AND I DID NOT ACCEPT A TRAY FROM EITHER ONE. MY CELL HAS A VIDEO CAMERA RECORDING SUPPOSEDLY 24 HOURS A DAY. IN ADDITION, THE DUTY LIEUTENANT REVIEW IT EACH DAY. NO ONE HAS ACCUSED ME OF EATING DURING THE DAY AND I HAVE NOT EATEN DURING THE DAY. MOREOVER, WHO GAVE THIS INMATE THE AUTHORITY TO TELL SECURITY ANYTHING ABOUT WHAT HE ALLEGEDLY "HEARD", THE VIDEO RECORDING EACH DAY PROVES I HAVEN'T RECEIVED A TRAY DURING THE DAYTIME. I HAVE DONE NOTHING WRONG YET SECURITY IS REFUSING MY MEAL BASED UPON WHAT THIS INMATE REPORTED. I AM ASKING YOU TO REQUEST THAT MAJOR HARDEGREE ALLOW YOU TO REVIEW THE VIDEO TAPES OR THE TIME LOG OF ACTIVITY AT MY CELL DOOR, TO SUPPORT MY STATEMENTS BEFORE YOU ACCEPT AN INMATES WORD OR ANYONE'S WORD. PLEASE GIVE ME AN OPPORTUNITY TO DEFEND MYSELF BEFORE YOU RESTRICT MY RELIGIOUS RIGHTS AND PLACE ANY BURDENS UPON ME.

THANK YOU,

Jaicourrie Finley
29 AUG 11

MR. JAICOURRIE FINLEY
#1354674 / ECB-H-201
9601 SPUR 591
AMARILLO TX 79107


MS. LORI REDMOND
LAW OFFICE OF LORI K. REDMOND
10701 CORPORATE DRIVE, SUITE 118
STAFFORD, TEXAS 77477


MS. REDMOND:

MY NAME IS JAICOURRIE FINLEY. I AM WRITING TO FOLLOW-UP WITH YOU ON MY PREVIOUS LETTER. I AM WAITING TO BE REVIEWED BY PAROLE FOR RELEASE. I HAVE TO RECEIVE MY LEVEL FIRST. I HAD PREVIOUSLY SUED PRISON STAFF AND THEY RESPONDED WITH NUMEROUS CASES. I AM TRYING TO HAVE THEM OVERTURNED BY 2254. I WILL NEED REPRESENTATION EITHER WAY. IF YOU HAVE AN OPPORTUNITY, PLEASE RESPOND TO MY CORRESPONDENCE. F.

THANK YOU.

JAICOURRIE FINLEY
24 AUG 11

MR. JAICOURRIE FINLEY
#1354674 / ECB-H- 201
9601 SPUR 591
AMARILLO, TX 79107

UNIS
INFORMATION / CORRESPONDENCE STAFF
2301 PLYMOUTH RD.,
ANN ARBOR, MI 48105

ASSALAM-O-ALAIKUM!

INFORMATION STAFF

MY NAME IS JAICOURRIE FINLEY. I AM INCARCERATED IN A TEXAS PRISON. I AM WRITING TO SEEK TEACHINGS AND INSTRUCTIONS ON ISLAM. I AM A NEW BELIEVER. MANY OF THE MUSLIM BROTHERS I'VE COME IN CONTACT WITH HAVE SET UP THEIR OWN RULES WITH EXAGGERATED EXPLANATIONS FOR THE CHANGE. I AM AWARE THAT SUCH RULES ARE NOT PERMITTED BY ALLAH. I AM REACHING OUT FOR OUTSIDE INSTRUCTIONS AND ANY MATERIAL/LITERATURE THAT YOU CAN SEND TO ME TO HELP ME EMBRACE ISLAM WILL BE GREATLY APPRECIATED.

SINCERELY,
JAICOURRIE FINLEY
24 AUG 11

MR. JAICOURRIE FINLEY
#1354674 / ECB-H-201

AL-ARQAM DAWA CENTER
INFORMATION STAFFERS
651 BANNER AVE.
BROOKLYN, NY 11235

ASSALAM-O-ALAIKUM!

BROTHERS & SISTERS:

MY NAME IS JAICOURRIE FINLEY. I AM INCARCERATED IN A TEXAS PRISON. I AM NEW TO ISLAM AND I NEED GUIDANCE. MANY OF THE BROTHERS I'VE MET IN PRISON HAVE LOST TOUCH WITH THE TRUE MEANINGS OF ISLAM AND HAVE SET UP THEIR OWN RULES. I AM AWARE OF THIS AND I AM SEEKING OUTSIDE TEACHINGS AND INSTRUCTIONS ON ISLAM. ANY INFORMATION, MATERIALS OR LITERATURE THAT YOU CAN SEND ME, TO HELP AS A NEW BELIEVER, WOULD BE GREATLY APPRECIATED.

SINCERELY,
JAICOURRIE FINLEY
24 AUG11

22 AUG 11

MR. JAICOURRIE FINLEY
#1354674 / ECB-H-201
9601 SPUR 591
Amarillo Tx 79107


MR. FRANK HOKE
TDCJ-CID ACCESS TO COURTS
2405 AVENUE I SUITE J
HUNTSVILLE, TEXAS 77340


MR. HOKE :

MY NAME IS JAICOURRIE FINLEY. I AM WRITING ABOUT MY ACCESS TO COURTS. I WAS PLACED ON SOME SORT OF RESTRICTION FOR SPECIAL/MEDIA MAIL. FIRST, I WAS NEVER GIVEN ANY DUE PROCESS OR CHARGED WITH ANY RULE VIOLATION. THE RESTRICTION ALLOWS THE MAILROOM TO "OPEN" MY OUTGOING MAIL OUTSIDE MY PRESENCE. I AM INDIGENT. THE LAW LIBRARY HAS BEEN REFUSING TO ALLOW ME TO SEAL MY OUTGOING SPECIAL/MEDIA MAIL. THE RESTRICTION PERMITS THEM TO "OPEN", IT DOES NOT STATE THAT I CANNOT SEAL THE MAIL WHEN I PUT IT IN THE BOX. I AM REQUESTING THAT YOU NOTIFY THE UNIT LAW LIBRARY SUPERVISORS THAT I CAN SEAL MY MAIL, THE STAFF IS ONLY PERMITTED TO OPEN THE ENVELOPE, NOT FORCE ME TO LEAVE THE ENVELOPE UNSEALED.

THANK YOU.

JAICOURRIE FINLEY
22 AUG 11

## V. GRIEVANCE EXHAUSTION

DEFENDANT MARTIN THREATENED TO KILL THE PLAINTIFF IF HE FILED A GRIEVANCE ON HIM. THE PLAINTIFF FEARING FOR HIS LIFE COULD NOT FILE A GRIEVANCE ABOUT THE EVENTS GIVING RISE TO THIS CIVIL COMPLAINT. THE PLAINTIFF BELIEVES THE COURT SHOULD WAIVE THE FILING OF A GRIEVANCE BECAUSE THE PLAINTIFF IS IN IMMINENT DANGER OF DEFENDANT MARTIN CARRYING OUT HIS THREAT TO KILL HIM.

## VI. PRAYER FOR RELIEF

THE PLAINTIFF PRAYS THIS HONORABLE COURT:

(A.) GRANT PRELIMINARY INJUNCTION AND REMOVE THE PLAINTIFF, FROM THE PRISON IN WHICH THE DEFENDANT WORKS TO A SAFE PRISON.

(B.) GRANT RELIEF OF $990,000 FOR EACH CLAIM.

(C.) GRANT A JURY TRIAL ON ALL CLAIMS.

(D.) GRANT A DECLARATION THAT ALL CLAIMS VIOLATED THE PLAINTIFFS CONSTITUTIONAL RIGHTS.

(E.) ALL OTHER RELIEF THIS COURT FINDS JUST AND ADEQUATE.

## VII. VERIFICATION

I, JAICOURRIE FINLEY, HAVE READ THE FORGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ARE TRUE AND I CERTIFY UNDER THE PENALTY OF PERJURY

JAICOURRIE FINLEY / 26 AUG 73

CASE NO. _____

Jaicourrie Finley, Plaintiff

vs.

Barry Martin, Defendant

IN THE DISTRICT COURT
OF POTTER COUNTY _____

---

## PLAINTIFF'S AFFIDAVIT OF PREVIOUS FILINGS

---

### CHAPTER 14, PREVIOUS FILING REQUIREMENTS

MY NAME IS JAICOURRIE FINLEY. I AM OVER 21 YEARS OLD AND OF SOUND MIND AND COMPETENT TO MAKE THE FOLLOWING STATEMENTS. I AM SUBMITTING THE INFORMATION OF ALL THE LAWSUITS I HAVE FILED. AN INMATE AT THE PRISON WAS FILING LAWSUITS IN MY NAME WITHOUT MY PERMISSION. I HAVE WRITTEN THE COURTS TO ADVISE OF THIS. I DONOT HAVE THE INFORMATION OF THE LAWSUITS THE INMATE FILED TO SUBMIT HEREIN. I WILL LIST ALL LAWSUITS I HAVE FILED.

A.) MY PREVIOUS FILINGS ARE AS FOLLOWS:

CASE # 1

1.) APPROXIMATE DATE FILED : OCTOBER 2009
2.) PARTIES TO SUIT : JAICOURRIE FINLEY VS. DAVID HUDSON, ETAL
3.) COURT : EASTERN DISTRICT OF TEXAS FEDERAL COURT
4.) DOCKET NUMBER : 5:09-CV-00146
5.) DISPOSITION : PENDING IN 5TH CIRCUIT
6.) THIS DEFENDANT AND CLAIMS NOT APART OF SUIT

CASE # 2

1.) APPROXIMATE DATE FILED : MARCH 2010
2.) PARTIES TO SUIT : JAICOURRIE FINLEY VS. PATTY WILKINS, ETAL
3.) COURT : NORTHERN DISTRICT OF TEXAS FEDERAL COURT
4.) DOCKET NUMBER : 2:10-CV-0227 (I BELIEVE)
5.) DISPOSITION : PENDING I HAVEN'T HEARD FROM COURT
6.) THIS DEFENDANT AND CLAIMS NOT APART OF SUIT

CASE NO. _____

JAICOURRIE FINLEY, PLAINTIFF

VS.

BARRY MARTIN, DEFENDANT

IN THE DISTRICT COURT OF

POTTER COUNTY _____

---

## PLAINTIFF'S TEXAS TORT CLAIMS ACT AND 42 USC §§ 1983 LAWSUIT

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, JAICOURRIE FINLEY, PLAINTIFF AND FILES THIS HIS CIVIL COMPLAINT UNDER THE TEXAS TORT CLAIMS ACT AND FEDERAL CLAIMS UNDER 42 USC §§ 1983 AND UNDER THE TEXAS AND U.S. CONSTITUTIONS.

### I. JURISDICTION & VENUE

THIS COURT HAS JURISDICTION UNDER THE TEXAS CIVIL PRACTICE AND REMEDIES CODE ANN. § 15.092 AND (A) 15.093 BECAUSE POTTER COUNTY IS WHERE THE CONSTITUTIONAL VIOLATIONS OCCURRED AND BECAUSE POTTER COUNTY IS WHERE THE EVENTS HAPPEN THAT GAVE RISE TO THESE CLAIMS IN THIS COMPLAINT. THUS POTTER COUNTY IS THE APPROPRIATE VENUE.

## II. PARTIES TO SUIT

(A.) PLAINTIFF: Jaicourrie Finley, 9601 SPUR 591 Amarillo Texas 79107

(B.) DEFENDANT: Barry Martin, 9601 SPUR 591 Amarillo, TX 79107

\* THE DEFENDANT IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

## III. STATEMENT OF CLAIMS

CLAIM NUMBER 1: ON AUGUST 2013 DEFENDANT MARTIN FORCED THE PLAINTIFF, BY THREAT AND PHYSICALLY, TO HAVE ANAL AND ORAL SEXUAL RELATIONS WITH HIM. A VIOLATION OF THE TEXAS CONSTITUTION.

CLAIM NUMBER 2: ON AUGUST 2013 DEFENDANT MARTIN AFTER SEXUALLY ASSAULTING THE PLAINTIFF THREATENED TO KILL HIM IF HE FILED A GRIEVANCE ON HIM OR TOLD ANYONE. A VIOLATION OF THE TEXAS CONSTITUTION.

## IV. FEDERAL STATED CLAIMS

FEDERAL CLAIM NUMBER 1: ON AUGUST 2013 DEFENDANT MARTIN FORCED THE PLAINTIFF BY THREAT AND PHYSICALLY, TO HAVE ANAL AND ORAL SEXUAL RELATIONS WITH HIM. A VIOLATION OF THE 8TH AMENDMENT OF U.S. CONSTITUTION.

FEDERAL CLAIM NUMBER 2: ON AUGUST 2013 DEFENDANT MARTIN AFTER SEXUALLY ASSAULTING THE PLAINTIFF THREATENED TO KILL HIM IF HE FILED A GRIEVANCE ON HIM OR TOLD ANYONE. A VIOLATION OF THE 1st AMENDMENT OF U.S. CONSTITUTION.

JAICOURRIE FINLEY, PLAINTIFF

VS.

BARRY MARTIN, DEFENDANT

IN THE 181ST DISTRICT
COURT OF POTTER COUNTY

CAUSE NO. V-101737-00-B

## PLAINTIFF'S MOTION FOR CONSIDERATION

NOW COMES THE PLAINTIFF, JAICOURRIE FINLEY AND FILES THIS MOTION FOR CONSIDERATION AND STATES AS FOLLOWS:

THE PLAINTIFF FILED HIS ORIGINAL CIVIL COMPLAINT ON 09SEP13. SINCE THAT TIME THE COURT HAS TAKEN NO ACTION ON THE CASE. THE PLAINTIFF FILED HIS CIVIL COMPLAINT TOGETHER WITH A MOTION TO PROCEED INFORMA PAUPERIS AND A MOTION FOR SERVICE OF COMPLAINT ON DEFENDANT. THE PLAINTIFF MOVES THE DISTRICT COURT TO PERFORM ITS MINISTERIAL DUTY AND ORDER THE DEFENDANT SERVED BY THE SHERIFF.

WHEREFORE ALL PREMISES CONSIDERED, THE PLAINTIFF PRAYS THE COURT GRANT ALL RELIEF REQUESTED HEREIN AND ALL OTHER RELIEF ACCORDINGLY.

RESPECTFULLY SUBMITTED,

JAICOURRIE FINLEY/13NOV13

NO REFERRAL NEEDED      [   ]

REFER TO MD/MLP      [ X ]

| Patient Language: ENGLISH | Name of interpreter: |
|---|---|

...E CHIPPED TOOTH AND BROKEN RIGHT FINGER AS A RESULT OF BORUNDA'S DELIBERATE INDIFFERENCE IN A CONTINUING COURSE OF BAD ☒ ACTS AGAINST PLAINTIFF BY TDCJ EMPLOYEES AS A RESULT OF A MEMO CIRCULATED BY DEFENDANT LIVINGSTON TO DEFENDANTS ZELLER & ADAMS TO "TAKE ALL NECESSARY ACTION" TO STOP PLAINTIFF FROM FILING GRIEVANCES AND DEFENDANT ADAMS ORDERS TO HIS OFFICERS, SUCH AS BORUNDA, TO "MAKE IT UNBEARABLE FOR THAT BASTARD", REFERENCING PLAINTIFF.

STATEMENT OF CLAIM AS TO DEFENDANT KIP ADAMS :

DEFENDANT KIP ADAMS DURING SEPTEMBER '08 - FEBRUARY '09 AND FEBRUARY '10, DEFENDANT KIP ADAMS FORCED JAICOLURRUS FINLEY, A FORMER CONSULTANT TO STATE GOVERNOR, TO ENGAGE IN ORAL & ANAL SEX WITH HIM AND MASTURBATION, WHICH OCCURRED IN AMARILLO AND WITHOUT PLAINTIFF'S EXPRESSED CONSENT AND WHEN PLAINTIFF SAID "NO, I'D RATHER DIE FIRST" AND FOUGHT BACK, WHEN PLAINTIFF REPORTED KIP ADAMS IN A GRIEVANCE, KIP ADAMS RETALIATED BY NOT FEEDING PLAINTIFF AND GIVING HIS GRIEVANCES TO INMATES THAT HAD THREATENED PLAINTIFF AND PLAINTIFF FILED A GRIEVANCE ABOUT & KIP ADAMS TOLD INMATES PLAINTIFF WAS A FORMER STATE EMPLOYEE, CREATING A DANGEROUS ENVIRONMENT WHEN HE KNEW THE INMATES WOULD WANT TO HARM PLAINTIFF AS A RESULT KIP ADAMS ASSAULTED PLAINTIFF WHEN HE HIT PLAINTIFF WITH CUFFS IN THE FOREHEAD, IN A CONTINUING CAUSE OF BAD ACTS AGAINST PLAINTIFF BY TDCJ EMPLOYEES AS A RESULT OF A MEMO CIRCULATED BY DEFENDANT LIVINGSTON TO DEFENDANTS ZELLER & ADAMS TO "TAKE ALL NECESSARY ACTION" TO STOP PLAINTIFF FROM FILING GRIEVANCES AND DEFENDANT ADAMS ORDERS TO HIS OFFICERS SUCH AS KIP ADAMS, TO MAKE IT UNBEARABLE FOR THAT BASTARD" REFERENCING PLAINTIFF.

STATEMENT OF CLAIM AS TO DEFENDANT KING :

DEFENDANT KING DURING SEPTEMBER '08 - FEBRUARY '09 AND FEBRUARY '10, FORCED JAICOLURRUS FINLEY, A FORMER CONSULTANT TO STATE GOVERNOR, TO ENGAGE IN ORAL & ANAL SEX WITH HIM WHICH OCCURRED IN AMARILLO WITHOUT PLAINTIFF'S CONSENT AND WHEN PLAINTIFF FOUGHT HIM TO STOP HIM. WHEN PLAINTIFF REPORTED KING IN A GRIEVANCE, DEFENDANT KING RETALIATED BY TELLING PLAINTIFF "I'LL KILL YOU" AND REFUSING TO FEED PLAINTIFF AND REFUSING PLAINTIFF RECREATION. KING THREATENED PLAINTIFF BY TELLING PLAINTIFF "YOU ARE A MARKED MOTHERFUCKER AND I'M GOING TO MAKE SURE YOU ON THE SHIT LIST". KING SLAPPED PLAINTIFF SEVERAL TIMES WHEN HE TOLD PLAINTIFF TO WITHDRAW ALL HIS GRIEVANCES AND PLAINTIFF SAID NO. DEFENDANT KING FURTHER RETALIATED BY DELIBERATELY, MALICIOUSLY, KNOWINGLY AND INTENTIONALLY FAILING TO ADHERE TO THE PLAINTIFF'S SERIOUS MEDICAL NEEDS & RESTRICTIONS, TO BE HOUSED ON ONE ROW TO PREVENT POSSIBLE SEIZURES & DELIBERATELY INDIFFERENT TO PLAINTIFF'S SAFETY TO NOT CLIMB OR DESCEND STAIRS BECAUSE HE COULD HAVE A SEIZURE. WHEN KING HOUSED PLAINTIFF ON TOP ROW AND REQUIRED PLAINTIFF TO CLIMB & DESCEND STAIRS, AGAINST MEDICAL ORDERS AND PLAINTIFF HAD A GRAN MAL SEIZURE, WHILE HANDCUFFED DESCENDING STAIRS AND SUSTAINED DAMAGE WITH A SWELLING TO HIS HEAD A BROKEN ARM AND A CHIPPED TOOTH AND BROKEN RIGHT FINGER AS A RESULT OF KING'S DELIBERATE INDIFFERENCE IN A CONTINUING COURSE OF BAD ACTS AGAINST PLAINTIFF BY TDCJ EMPLOYEES AS A RESULT OF A MEMO CIRCULATED BY DEFENDANT LIVINGSTON TO DEFENDANTS ZELLER & ADAMS TO TAKE ALL NECESSARY ACTION TO STOP PLAINTIFF FROM FILING GRIEVANCES AND DEFENDANT ADAMS ORDERS TO HIS OFFICERS, SUCH AS KING, TO MAKE IT UNBEARABLE FOR THAT BASTARD" REFERENCING PLAINTIFF.

Voluntary Statement of: JAICOURRUS FINLEY 1354674

A BIG NICE ONE." HE KICKED ME IN THE SIDE OF THE HEAD AND THEY WERE SLAPPING ON MY FACE. I FLIPPED AND KICKED ONE IN THE CROTCH AREA AND STEPHENS HIT ME TWICE IN THE FACE AND HE GRABBED MY DICK THROUGH THE SHORTS AND SAID, "I'LL PULL THIS MOTHERFUCKER OFF AND KEPT PULLING IT AND HE THEN UNZIPPED HIS PANTS AND WAS HITTING THE TOP OF MY PENIS WITH HIS PENIS AND TOLD ME, "YOU ARE A PUNK AINT YOU". THEY WERE HOLDING ME STILL AND STEPHENS WAS LOOKING AROUND AND JUST LEANED FORWARD QUICKLY AND TRIED TO SUCK MY DICK AND HE SPIT ON ME. THE OTHER OFFICERS WERE TALL, BUT I DON'T KNOW THEM. MY NEIGHBOR SAID ONE OF THEM MIGHT BE SGT. SMITH. I HAVE CUTS ON MY FINGERS AND TWO BLACK EYES. I'D FILED YESTERDAY ON PATTY WILKINS FOR ASSAULT AND SHE JUST LIED TO INVESTIGATOR FERNANDEZ THAT SHE SAW NO INJURIES ON ME, BUT EVEN FERNANDEZ COULD SEE THEM. WILKINS IS A PART OF WHAT HAS BEEN HAPPENING AND SHE LIED IN THIS INVESTIGATION TO COVER-UP. THERE WAS A CHINESE OFFICER ON DUTY, I THINK NGUYEN, HE WASN'T INVOLVED. THEY UNCUFFED ME, BUT I JUST LAYED ON THE FLOOR. STEPHENS SET A TOWEL ON FIRE IN MY CELL WITH WHAT LOOKED A LIGHTER. SMOKE WAS FILING THE ROOM. THEN HE TOLD THE SSI TO PUT ALL THE DIRTY

Subscribed And Sworn To Before Me By: _Le Cané Finy_
Signature

JAICOURRIE FINSY 1354674
Printed Name

On this the 9th day of February 2010

_____
Notary Public in and For The State of Texas

OR

_Rick Fernandez_
Police Officer's Signature

_Rick FERNANDES INV. 221_
Printed Name, Rank and ID Number

Witness: _____
Signature

_____
Printed Name

Page 2 of 3

3.2

Voluntary Statement of: FINLEY 1354674

CLOTHES IN FRONT OF MY DOOR. THE SSI DID STEPHENS KEPT PASSING BY ASKING ME. IF I WAS DEAD. HE HAD SAID MAYBE I'LL DIE FOR LACK OF VENTILATION. THIS WAS BETWEEN 1900 - 2100 OR 2200 HRS. THE FIRS. ALARM WENT OFF ALSO THE CHINESE DUDE. MAY HAVE SEEN THE INCIDENT, BUT HE DIDN'T PARTICIPATE.

Subscribed And Sworn To Before Me By: _____
Signature

JAICOWRRIE FINLEY 1354674
Printed Name

On this the 9th day of FEBRUARY 2010

OR

Witness: _____
Signature

_____
Printed Name

Page 3 of 3

Notary Public In and For The State of Texas

_____
Police Officer's Signature

Rick FERNANDES ZULL 221
Printed Name, Rank and ID Number

3.3

00000023

To: _____

Date: _____

## Official Statement

In accordance with BP 03.77, you are required to participate in the investigation into the allegations specified. Address each allegation or claim completely. Do not respond with indefinite answers such as "I don't know" or "I have no knowledge of". If you have no knowledge, explain why you do not. (I was on vacation; I did not work that day, etc.) Make sure your answers are factual, professional, and complete. Do not include opinions or unrelated comments. Remember, the Director, Office of the Inspector General (OIG), and/or Federal Court Officials may review your response. All grievances are confidential and may not be discussed between you and the offender or with any other person.

You are expected to return this investigation within ten (10) working days of receipt. You must sign and date the statement when completed and return it to the Unit Grievance Office. If you were provided a photocopy of the grievance, it must also be returned to the Unit Grievance Office. The grievance may not be duplicated or shared with the accused staff member.

### Please Provide the Following Documents

☐ Participant(s) Statement _____

☐ Witness(es) Statement (signed) _____

☐ Activity Logs (Recreation, Shower, Feeding)　　☐ Other _____

☐ Shift Roster　　☐ Life in Danger Investigation

☐ Ingress/Egress Log　　☐ Inventory Sheets

☐ Confiscation Sheet　　☐ Property Logs

ALLEGATIONS:

_____
_____
_____

SUMMARY OF OFFENDER INTERVIEW: _____
_____
_____
_____
_____
_____

EMPLOYEE STATEMENT: _____
_____
_____
_____
_____
_____

SIGNATURE _____　　DATE _____

PRINTED NAME _____ RANK/TITLE _____ SHIFT/DEPARTMENT _____

SUPERVISORS COMMENTS: *There is no evidence to support the allegation made by offender Finley.*

SUPERVISOR SIGNATURE *[signature]*　DATE *10/5/09*

PRINTED NAME *[signature]*　RANK/TITLE *Cpt*　SHIFT/DEPARTMENT

OG-01 (Back) Rev 9/2007

Appendix H

2612

Finley Jaoaurie                                    B 54674

## Section X: Additional Information

Note the demeanor of the victim during investigation: Calm

Does the victim or assailant exhibit characteristics/demeanor of the opposite gender? Identify as either Assailant or Victim: None

Property search of offenders identified as assailants? ☒No ☐Yes If yes, identify by name and TDCJ# those searched. _____

Did offender make contradictory statements? If yes, describe: NO

Were there any medically verified or noted injuries at time of initial interview? ☒No ☐Yes
If yes, describe: _____

☐ Other: _____

## Section XI: Investigation Summary

On 7-23-08 I investigated offender Finley Tdcj. No 1354674 on a grievance that he filed stating that his life was in jeopardy (danger) while talking to offender Finley he said that his life was not in danger and that he did not want to fill out an OPI. And asked could he sign a waiver, there was no evidence to substantiate his claim on a grievance.

☐ Substantiated Subject's Allegations          ☒ Unable to Substantiate Subject's Allegations

Sgt B. Grogan
Investigator's Printed Name

Sgt. B Grogan
Investigator's Signature

07-23-08
Date

Offender Name: Finley, Ja'currie       TDCJ #: 1354674

## Section XII: Investigation Review and Recommendations *(Check all that Apply)*

### Initial Review by Major or Designee

☑ Concur with Investigator's Findings – Forward Investigation to the UCC
Date Forwarded: 7-23-08       Time Forwarded: 1454 hrs
Comments: offender reports No problem and signed waiver

☐ Non Concur with Investigator's findings – Forward Investigation to the UCC
Date Forwarded: _____       Time Forwarded: _____
Comments: _____

☐ Return To Investigator for further action – Date Returned: _____       Time Returned: _____

D. Celestine Major       [signature] Major       7-23-08
Major or Designee Printed Name       Major or Designee Signature       Date

### Subsequent Review by Major or Designee
*(Only necessary when returned to the Investigator)*

☐ Concur with Investigator's Findings – Forward Investigation to the UCC
Date Forwarded: _____       Time Forwarded: _____
Comments: _____

☐ Non Concur with Investigator's findings – Forward Investigation to the UCC
Date Forwarded: _____       Time Forwarded: _____
Comments: _____

☐ Return To Investigator for further action – Date Returned: _____       Time Returned: _____

Major or Designee Printed Name       Major or Designee Signature       Date

### Request for Extension

☐ Extension Requested: ☐ No ☐ Yes Justification: : _____
Warden or Designee Approving Extension: _____

Major or Designee Printed Name       Major or Designee Signature       Date

## Section XIII: UCC Review and Recommendation

☐ Housing Change ☐ Job Change ☐ Unit Transfer ☑ Safekeeping ☐ Ad. Seg. PC ☑ Remain Current Status

*Referring to the table in Section III above, indicate by number the offenders that need to be marked as enemies based on the investigation:* _____

JCC observations of offender demeanor: Calm

Justification for recommended decision by UCC: Entering Previous request for transfer / No further action. On Safekeeping due to prior assault and UA from 6/30/08

Date Forwarded to SCC: _____

T. Lester       [signature]       7.25.08
JCC Chairperson's Printed Name       UCC Chairperson's Signature       Date

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE      12/17/15
1MGM/DDA4458               IN-FORMA-PAUPERIS DATA             05:15:42
TDCJ#: 01354674 SID#: 05601473 LOCATION: BILL CLEMENTS   INDIGENT DTE: 07/30/10
NAME: FINLEY,JAICOURRIE DEWAYNE          BEGINNING PERIOD:
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          0.00 TOT HOLD AMT:         0.00 3MTH TOT DEP:
6MTH DEP:                  6MTH AVG BAL:              6MTH AVG DEP:
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS



PROCESS DATE    HOLD AMOUNT    HOLD DESCRIPTION
                               --------------------
                               NO BANKING ACTIVITY
                               WITHIN THE PAST 6
                               MONTH PERIOD.
                               --------------------

STATE OF TEXAS COUNTY OF Potter
ON THIS THE 17 DAY OF December 2015 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____  OR SID NUMBER: _____
```



K. HOLT
NOTARY PUBLIC,
STATE OF TEXAS
My Commission Expires 09-30-2016
NOTARY WITHOUT BOND